PD-1253-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/22/2015 7:57:54 AM
Accepted 9/24/2015 2:17:28 PM
ABEL ACOSTA
CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

JIMMY EARL VAN-CLEAVE §
§
VS. § CASE NO.
§
THE STATE OF TEXAS §

**MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES, the appellant, Jimmy Earl Van-Cleave, by and through his assistant public defender Jani J. Maselli Wood, and respectfully moves the Court to grant an additional thirty days to file the petitions for discretionary review and for good cause would show:

I.

Mr. Van-Cleave was convicted of aggravated kidnaping and sentenced to life imprisonment. His conviction was affirmed on August 27, 2015 in an unpublished opinion in Cause Number 14-1400473-CR. A motion for rehearing was denied on September 16, 2015.

II.

The petitions is due October 16, 2015. Mr. Van-Cleave is requesting an additional thirty days to prepare the petition until November 15, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

September 24, 2015

ABEL ACOSTA, CLERK

III.

Undersigned counsel has numerous deadlines in the next thirty days and has been working diligently to handle all her cases:

**Briefs due**:

*Mario Dunn v. State*, 14-15-00340-CR, due September 26, 2015;

*Derek Washington v. State*, 14-15-00558, 00559-CR, due October 8, 2015;

*Chauncey Seymour v. State*, 14-15-00636-CR, due October 12, 2015;

*Rigoberto Monnroy v. State*, 01-15-00644-CR, due October 14, 2015;

*Isai Mares v. State*, 14-15-00536-CR, due October 21, 2015

**Trial Setting**

Counsel is set for trial in *Jason Harrison v. State*, in the 179th district court on October 8, 2015. Pretrial conference was held September 10, 2015.

**New Cases**

Counsel has been appointed two very complicated cases in the last two weeks. She is diligently working on a motion for new trial due on October 1, 2015.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that this Court grant an additional 30 days to file the petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas
*/s/ Jani J. Maselli Wood*

_____
JANI J. MASELLI WOOD
State Bar No. 00791195
1201 Franklin Street, 13th Floor
Houston, TX 77002
(713) 274-6721
Attorney for Appellant,
**Jimmy Earl Van-Cleave**


## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. Proc. 9.5, this certifies that on September 22, 2015, a

copy of the foregoing was emailed to Lisa McMinn, State Prosecuting Attorney, and the

Harris County District Attorney's Office through texfile.com at the following address:

Carly Dessauer
Assistant District Attorney
1201 Franklin Street, 6th Floor
Houston, TX 77002
Dessauer_Carly@dao.hctx.net

Lisa McMinn
Lisa.McMinn@SPA.texas.gov


*/s/ Jani J. Maselli Wood*

_____
**JANI J. MASELLI WOOD**

-3-